■ JONATHAN D. VANNEST, Appellant, v SOUTH SHORE MARINA, LLC, Respondent. [921 NYS2d 583]—Appeal from an order of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered July 8, 2010 in a personal injury action. The order

granted the motion of defendant for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Lindley, Green and Gorski, JJ.